```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
              CASE NO. 07-14041-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

SCOTT RICHARD LEKO,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE SUPERSEDING PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Superseding Petition for Violation of Supervised Release filed on March 12, 2013.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on April 5, 2013. A Report and Recommendation on Defendant's admissions to the violations One, Two, Four, Five and Six of the Superseding Petition for Violation of Supervised Release was filed on April 5, 2013. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file, Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of May, 2013.

```
                                  _____
                                  DONALD L. GRAHAM
                                  UNITED STATES DISTRICT JUDGE




Copied: Magistrate Judge Frank J. Lynch
        Theodore M. Cooperstein, AUSA
        Panayotta Augustin-Birch, AFPD
        Urania Salamanca, USPO
```